**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| RAMAN RAMAN, | : |
| *Petitioner,* | : Case No. 1:26-cv-283 |
| v. | : Judge Jeffery P. Hopkins |
| | : Magistrate Judge Caroline H. Gentry |
| WARDEN, FACILITY ADMINISTRATOR OF BUTLER COUNTY CORRECTIONAL COMPLEX, *et al.*,, | : |
| *Respondents.* | : |

---

**ORDER**

---

Petitioner, Raman Raman, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Raman Raman from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

March 30, 2026

Jeffery P. Hopkins
United States District Judge